

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable O. J. S. Ellingson
General Manager
Texas Prison System
Huntsville, Texas

Dear Mr. Ellingson:

Opinion No. O-2679
Re: Computation of prisoner's
time who has been removed
to another state upon req-
uisition proceedings.

Your letter of August 19, 1940, requests a ruling upon the following case:

"I enclose copy of this inmate's Certificate of Conduct in the Texas Prison System which is self-explanatory.

"Please note he has 6 years, 6 months and 17 days to his credit on a 7 year sentence with 4 months and 2 days lost overtime and 2 months lost commutation time. You will also note he was released on May 10, 1936 to Oklahoma Authorities by virtue of Bench Warrant and Extradition granted by Governor Allred. At this time Smith is serving a life sentence in the Oklahoma State Penitentiary.

"This inmate was wanted for murder in Oklahoma and on Oklahoma's request, he was extradited to Oklahoma for trial, given a life sentence and sent to the Oklahoma State Penitentiary.

"We have an opinion from the Attorney General Department dated December 3, 1930 stating if a prisoner is taken away from the authorities of Texas against his own procurement and sentenced to another Institution, his time will go on in the Texas Penitentiary as well as the other institution.

"On the strength of this opinion we have been giving this inmate credit day for day while in Oklahoma State Penitentiary.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable O. J. S. Ellingson, page 2

"I would like to know whether this is correct, whether I have a right to restore his lost time and discharge him from this institution. And if so, whether, we owe him $50.00 in cash and the prescribed clothing."

Your interpretation of the situation is correct. Each of the component questions embodied in the last paragraph of your answer should be answered in the affirmative.

The questions involved are concluded by our opinion No. O-1255, being Conference Opinion 3094, a copy of which we hand you herewith.

APPROVED AUG 30, 1940

FIRST ASSISTANT
ATTORNEY GENERAL

Yours very truly

ATTORNEY GENERAL OF TEXAS

BY

Ocie Speer
Assistant

OS:jm

Encl.

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN